```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00528
  SHERMAN W. MCLAWHORN
  AMY MCLAWHORN                                 CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
  SSN XXX-XX-8771     SSN XXX-XX-8790


-------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 01/11/08 .

     2.   The case was dismissed without confirmation, 09/26/2008.

     3.   The Debtor paid a total of $  24742.40 .

     4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CARRINGTON MORTGAGE SERV | CURRENT MORTG | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | 3861.64 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| CARRINGTON MORTGAGE SERV | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ALLIED CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN HONDA FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMKIGA TECH | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED - C | .00 | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | .00 | .00 | .00 |
| COMPUCREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED - C | .00 | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED - C | .00 | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED - C | .00 | .00 | .00 |
| DEPENDON COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DEPENDON COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| LOU HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT & COLL | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT & COLL | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |

```
NICOR GAS                    UNSECURED      NOT FILED              .00           .00
UNITED COLLECTION BUREAU     UNSECURED      NOT FILED              .00           .00
VERIZON WIRELESS             UNSECURED      NOT FILED              .00           .00
TREVARTHAN LANDSCAPING C     UNSECURED      NOT FILED              .00           .00
     Summary of disbursements:
-----------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00         .00           .00
PRINCIPAL PAID      3861.64          .00          .00         .00       3861.64
INTEREST PAID           .00          .00          .00         .00           .00
TOTAL PAID          3861.64          .00          .00         .00       3861.64
```

The Debtor's attorney, JAHNKE & TOOLIS                , was allowed $   3500.00
and was paid $    1760.69   direct and $    1739.31   through the plan.

The Trustee received $     335.10 .

Refunds to the Debtor totaled $   18806.35 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


      Dated: 12/17/08                /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE